dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Chandler A. Oakes, Respondent, v. Cadillac Hotel Company and Others, Appellants.— Interlocutory judgment modified by providing that upon failure to answer, final judgment shall be granted for such relief as plaintiff is entitled to upon the facts set forth in the complaint, and as so modified affirmed, without costs, and with leave to defendants to withdraw demurrer and answer over within twenty days after service of a copy of the order. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. James C. Young, Relator, v. Rhinelander Waldo, as Fire Commissioner of the Fire Department of The City of New York, Respondent.— Determination confirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary Thomas, Appellant, v. The Newburgh Savings Bank and Others, Respondents.— Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term. (Reported in 73 Misc. Rep. 308.) Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Hirschberg, J., taking no part.

Theodore F. Tompkins, Appellant, v. Howard P. Barnes, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.